**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on December 6, 2019**

*Scott M. Grossman*
_____
**Scott M Grossman**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 18−23543−SMG**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Enrique Luis Diaz
19020 Park Ridge Street
Fort Lauderdale, FL 33332

SSN: xxx−xx−3857

## FINAL DECREE

The trustee, Chad S. Paiva, having filed a final report that the estate has been fully administered, is discharged and the case is closed.